BEFORE THE SECOND DIVISION, JUNE 5, 1940

**No. 43862.**—Protest 21052–K of N. Y. Graphic Society, Inc. (New York).

Opinion by KINCHELOE, J. In accordance with the report of the appraiser that the lithographic prints and etchings in question were produced more than 20 years prior to the time of importation the claim for free entry under paragraph 1629 was sustained.

**No. 43863.**—Protests 772021–G/83338, etc., of Burton Dixie Corporation et al. (Chicago).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 43864.**—Protest 12531–K of D. N. & E. Walter Co. (Los Angeles).

Opinion by KINCHELOE, J. It was stipulated that the merchandise in question is similar to that the subject of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93). The claim at 90 percent under paragraph 1529 (a) was therefore sustained.

**No. 43865.**—Protest 18548–K of P. J. Frawley (San Francisco).

Opinion by KINCHELOE, J. It was stipulated that the merchandise in question is similar to that the subject of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93). The claim at 90 percent under paragraph 1529 (a) was therefore sustained.

**No. 43866.**—Protest 909784–G of Perry Ryer & Co. (New York).

Opinion by KINCHELOE, J. It appeared from the testimony that the merchandise in question is similar to the cocoa fiber pile mats in *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93). The claim at 90 percent under paragraph 1529 (a) was therefore sustained.

**No. 43867.**—Protests 793705–G, etc., of C. I. Penn (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise in question is similar to that the subject of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93). The claim at 90 percent under paragraph 1529 (a) was therefore sustained.

**No. 43868.**—Protests 939515–G, etc., of Clarence I. Penn (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise in question is similar to that the subject of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93). The claim at 90 percent under paragraph 1529 (a) was therefore sustained.